JAMES CORRIGAN, Appellant, *v.* GREEN FUEL ECONOMIZER, Respondent.

*Corrigan* v. *Green Fuel Economizer*, 182 App. Div. 929, affirmed.
(Argued March 3, 1920; decided March 19, 1920.)

APPEAL from a judgment entered February 28, 1918, upon an order of the Appellate Division of the Supreme

Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer. The defendant operated a crane by means of compressed air. It was the duty of plaintiff to turn on and shut off the air by operating a valve which was located above a sliding door and reached by a ladder. On the day of the accident, while he was on the ladder engaged in shutting off the air, a fellow-employee opened the door, which struck the ladder, precipitating the plaintiff to the floor and causing the injuries complained of. The Appellate Division dismissed the complaint on the grounds that there was no evidence in the case establishing negligence on the part of the defendant and that the plaintiff assumed the risk.

*John E. Mack* for appellant.

*Edward J. Redington* and *Amos H. Stephens* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, MCLAUGHLIN, CRANE and ELKUS, JJ.